IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA, EX. REL.
KELLY NICOLE WUESTENHOEFER                                        PLAINTIFFS

V.                                       CAUSE NO.: 4:10CV00012-DMB-DAS

A.J. JEFFERSON, ET AL.                                             DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon due consideration of the file and record of this action, the Court finds that the Report and Recommendations [89] of the United States Magistrate Judge dated May 31, 2013 was on that date duly served upon the parties; that more than fourteen days have elapsed since service of the Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendations should be approved and adopted as the opinion of the Court. Accordingly,

**IT IS HEREBY ORDERED:**

1. That the Report and Recommendations [89] of the United States Magistrate Judge dated May 31, 2013 is adopted as the opinion of the Court.

2. That Defendant Chaka Williams is dismissed from this action without prejudice.

**THIS**, the 13th day of March, 2014.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**