**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

UNITED STATES OF AMERICA *ex rel*                                    PLAINTIFF
KELLY NICOLE HORTON
WUESTENHOEFER, et al.

V.                                                                                          NO. 4:10-CV-00012-DMB-DAS

A.J. JEFFERSON, et al.                                                            DEFENDANTS

## JUDGMENT OF DISMISSAL

On February 24, 2015, Relator Kelly Nicole Horton Wuestenhoefer filed a Stipulation

of Dismissal, pursuant to Rule 41(a)(1)(A)(ii), seeking to: (1) dismiss without prejudice all

claims brought on behalf of the United States against Defendants Michael Lloyd and Lloyd and

Associates, LLC ("Lloyd Defendants"); and (2) dismiss with prejudice all claims brought on

behalf of herself against the Lloyd Defendants. Doc. #360. On March 9, 2015, the United

States, pursuant to 31 U.S.C. § 3730(b)(1), filed a Notice of Consent to the dismissal of its

claims against the Lloyd Defendants. Doc. #361.

On March 13, 2015, Relator filed a Stipulation of Dismissal, pursuant to Rule

41(a)(1)(A)(ii), seeking to: (1) dismiss without prejudice all claims brought on behalf of the

United States against Defendants South Delta Regional Housing Authority, Ann Jefferson,

Chaka Williams, Dinnial Love, Patricia Logan, the South Delta Regional Housing Authority

Board of Commissioners, Raymond Brown, Larry Cordell, Robert Gray, and Howard Sanders

("SDRHA Persons"); and (2) dismiss with prejudice all claims brought on behalf of herself

against the SDRHA Persons. Doc. #362. On March 16, 2015, the United States, pursuant to 31

U.S.C. § 3730(b)(1), filed a Notice of Consent to the dismissal of its claims against the SDRHA Persons. Doc. #363.

Insofar as all appearing parties[1] have consented to the proposed dismissal: (1) the claims brought by Relator against the SDRHA Persons and the Lloyd Defendants are **DISMISSED with prejudice**; and (2) the claims brought by the United States against the SDRHA Persons and the Lloyd Defendants are **DISMISSED without prejudice**. *See Bailey v. Shell W. E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (voluntary dismissals of False Claims Act actions governed by Rule 41 and 31 U.S.C. § 3730(b)(1)). Thus, this matter is **DISMISSED**, with each party to bear its own costs.

SO ORDERED, this 3rd day of April, 2015.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**

---

[1] On January 14, 2015, this Court found that the record did not reflect sufficient service upon Defendant Charles Buchanan. Doc. #346.